

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00029-CR

Andre J. **CHAMPAGNE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR8175
Honorable Sid L. Harle, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED January 17, 2018.

_____
Irene Rios, Justice